# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

DAVID ROBERT BENTZ,

    Plaintiff,

v.

DR. NEWBOLD,

    Defendant.

Case No. 3:18-cv-00017-JPG-RJD

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

This matter comes before the Court on the Report and Recommendation ("Report") (ECF No. 44) of Magistrate Judge Reona J. Daly with regard to the plaintiff's motions for a preliminary injunction, temporary restraining order, and writ of mandamus (ECF Nos. 16, 34.) The Court may accept, reject, or modify—in whole or in part—the findings or recommendations of the magistrate judge in her Report. FED. R. CIV. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

Here, the Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. So the Court:

- **ADOPTS** the Report in its entirety (ECF No. 44); and
- **DENIES** the plaintiff's motions for a preliminary injunction, temporary restraining order, and writ of mandamus (ECF Nos. 16, 34).

**IT IS SO ORDERED.**

**DATED: OCTOBER 1, 2018**

1

s/ *J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**