# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

DAVID ROBERT BENTZ,

    Plaintiff,

v.

DR. NEWBOLD,

    Defendant.

Case No. 3:18-cv-00017-JPG-RJD

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

    This matter comes before the Court on the Report and Recommendation ("Report") (ECF No. 73) of Magistrate Judge Reona J. Daly with regard to the defendant's motion for summary judgment for failure to exhaust administrative remedies (ECF Nos. 49.) The Court may accept, reject, or modify—in whole or in part—the findings or recommendations of the magistrate judge in her Report. FED. R. CIV. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

    Here, the plaintiff has filed an objection to the Report (ECF No. 74), so the Court has reviewed the matter *de novo*. This exhaustion issue presented a very simple credibility determination as to whether the plaintiff (1) did in-fact submit a grievance relating to the defendant on June 10, 2015, and (2) if he did not, then whether any of the plaintiff's other grievances satisfy the Prison Litigation Reform Act's exhaustion requirement, 28 U.S.C. § 1997e(a). The plaintiff's objection quickly rehashes what he already argued in response to the defendant's motion for summary judgment, and for the reasons that Magistrate Judge Daly thoughtfully explained in her

Report following a hearing on the issue pursuant to *Pavey v. Conley*, 544 F.3d 739 (7th Cir. 2008), the Court finds the plaintiff's arguments to be wholly without merit. Accordingly, the Court:

- **ADOPTS** the Report in its entirety (ECF No. 73);
- **OVERRULES** the plaintiff's objections (ECF No. 74);
- **DISMISSES** this case **WITHOUT PREJUDICE** for the plaintiff's failure to exhaust his administrative remedies; and
- **DIRECTS** the Clerk of Court to enter judgment accordingly and close this case.

**IT IS SO ORDERED.**

**DATED: MARCH 19, 2019**

<u>s/ *J. Phil Gilbert*</u>
**J. PHIL GILBERT**
**DISTRICT JUDGE**