# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID ROBERT BENTZ,<br><br>    Plaintiff,<br><br>v.<br><br>DR. NEWBOLD,<br><br>    Defendant. | Case No. 3:18-cv-00017-JPG-RJD |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE**.

DATED: March 19, 2019

                                            **MARGARET M. ROBERTIE,**
                                            Clerk of Court

                                            **BY: s/Tina Gray**
                                                  **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**