# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

DAVID ROBERT BENTZ,

    Plaintiff,

v.

DR. NEWBOLD,

    Defendant.

Case No. 3:18-cv-00017-JPG-RJD

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

    Plaintiff David Robert Bentz has filed a motion for leave to appeal *in forma pauperis*. (ECF No. 78.) A federal court may permit a party to proceed on appeal without full pre-payment of fees provided that the party is indigent and the appeal is taken in good faith. 28 U.S.C. § 1915(a)(1) & (3); FED. R. APP. P. 24(a)(3)(A). A frivolous appeal cannot be made in good faith. *Lee v. Clinton*, 209 F.3d 1025, 1026-27 (7th Cir. 2000). The test for determining if an appeal is in good faith is whether any of the legal points are reasonably arguable on their merits. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989) (citing *Anders v. California*, 386 U.S. 738 (1967)); *Walker v. O'Brien*, 216 F.3d 626, 632 (7th Cir. 2000).

    Here, Bentz's appeal is taken in bad faith. Bad faith exists "where, after being told that his claim was foreclosed, [a plaintiff] filed a notice of appeal and sought leave to proceed on appeal as a pauper without offering any argument challenging the district court's underlying decision." *Pate v. Stevens*, 163 F.3d 437, 439 (7th Cir. 1998) (internal citations omitted). And that is what Bentz does here: his claim was foreclosed because he failed to exhaust his administrative remedies. He then filed a notice of appeal and sought leave to appeal as a pauper, but he did not include any arguments why the district court erred in either his notice of appeal or motion for leave to appeal

1

as a pauper. (*See* ECF Nos. 77, 78.)

The Court accordingly **DENIES** Bentz's motion for leave to proceed in forma pauperis. (ECF No. 78.) The Court **ORDERS** Bentz to either (1) remit the $505 appellate filing and docketing fee to the Clerk of this Court, or (2) file another application for leave to appeal as a pauper with the Seventh Circuit, pursuant to the deadlines it imposes. The Court further **DIRECTS** the Clerk of Court to send a copy of this order to the Seventh Circuit for use in appellate number 19-1776.

**IT IS SO ORDERED.**

**DATED: MAY 15, 2019**

**s/ *J. Phil Gilbert*** 
**J. PHIL GILBERT** 
**U.S. DISTRICT JUDGE**